# IN THE SUPREME COURT OF THE STATE OF NEVADA

DOES 1-24, INDIVIDUALS,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS SMITH, DISTRICT JUDGE,
Respondents,
    and
CATHERINE CORTEZ MASTO,
ATTORNEY GENERAL OF THE STATE
OF NEVADA; JAMES WRIGHT,
DIRECTOR OF THE NEVADA
DEPARTMENT OF PUBLIC SAFETY;
BERNARD W. CURTIS, CHIEF OF THE
PAROLE AND PROBATION DIVISION
OF THE NEVADA DEPARTMENT OF
PUBLIC SAFETY; JULIE BUTLER,
DIVISION ADMINISTRATOR OF THE
RECORDS AND TECHNOLOGY
DIVISION OF THE NEVADA
DEPARTMENT OF PUBLIC SAFETY;
DOUGLAS GILLESPIE, SHERIFF OF
THE LAS VEGAS METROPOLITAN
POLICE DEPARTMENT; PATRICK E.
MOERS, POLICE CHIEF OF THE
HENDERSON POLICE DEPARTMENT;
STEVEN WOLFSON, CLARK COUNTY
DISTRICT ATTORNEY, AND MICHAEL
SEGELSTEIN, AN INDIVIDUAL,
Real Parties in Interest.

No. 64890

**FILED**

JAN 2 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

16-02294

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This is an original petition for a writ of mandamus or prohibition challenging the implementation of A.B. 579, which establishes new classification, registration, and reporting requirements for sex offenders. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

In seeking relief from the district court's denial of their application for a temporary restraining order to enjoin the implementation of A.B. 579, petitioners challenge the constitutionality of A.B. 579.

Having considered the petition, we are not persuaded that writ relief is warranted. *See* NRS 34.160; NRS 34.320; *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."). Further, we note that because the district court order at issue is the denial of an application for a temporary restraining order, the record below is not sufficiently developed for judicial review. *See Pan*, 120 Nev. at 229, 88 P.3d at 844.

Accordingly, we ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Douglas Smith, District Judge
McLetchie Shell LLC
Robert L. Langford & Associates
Frank J. Cremen
Henderson City Attorney
Attorney General/Transportation Division/Las Vegas
Marquis Aurbach Coffing
Clark County District Attorney/Civil Division
Eighth District Court Clerk